██ Thomas Puma, Respondent, v. New York Dock Company et al., Appellants.—

In our opinion the verdict was excessive. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

██ Murray Pustilnik, Appellant, v. Waldman's Murida Hotel, Inc., Respondent.— In a negligence action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County, dated December 1, 1960, granting defendant's motion to dismiss the complaint for lack of prosecution. Order affirmed, without costs. We are of the opinion that, on the record before us, Special Term properly exercised its discretion in granting the motion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.